**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT ALVARADO, <u>et al.</u>,

    Plaintiffs,

  v.

McCLOUD BUILDERS, INC.,

    Defendant.
                                       /

No. 05-2171 n CW

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

    The Court has reviewed Magistrate Judge Edward M. Chen's Report and Recommendation Re: Plaintiffs' Motion for Default Judgment. No objections have been received. The Court finds the Report correct, well-reasoned and thorough. The Court adopts it in every respect. Accordingly, the Magistrate Judge's Recommendation is adopted as the Order of the Court and judgment shall enter accordingly.

    Thus, the Court grants Plaintiffs' motion for default judgment as to its claims to confirm the Arbitration Award requiring Defendant to pay Plaintiffs $68,464.80 ($47,500,80 in wages and

$20,664.00 in fringe benefits) and to submit to an audit of its books, records, papers and reports as required by the award.  The Court dismisses without prejudice Plaintiff's remaining claims.  The Court awards Plaintiffs' attorneys' fees and costs in the amount of $3,389.50.

    Once judgment in this case is entered, however, Plaintiffs may be barred by the doctrine of res judicata from recovering additional delinquent payments they may discover they are owed through an audit.  See Int'l Union of Operating Engineers v. Karr, 994 F.2d 1426, 1430 (9th Cir. 1993).  Thus, Plaintiffs shall notify the Court within two weeks of the date of this order whether they wish judgment to enter, or to delay entry of judgment so that they may conduct an audit and seek further contribution if warranted.  If Plaintiffs fail to notify the Court within two weeks, the Court will enter judgment and close the file.

    IT IS SO ORDERED.

Dated: 9/19/06

CLAUDIA WILKEN  
United States District Judge